IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DILIP DANIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-754 (JLH) |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 3rd day of April, 2025, having considered Plaintiff's Motion for Voluntary Dismissal Without Prejudice (D.I. 63), and Defendant's response being due on March 28, 2025, pursuant to this Court's Local Rules, and none being filed;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice (D.I. 63) is GRANTED and the case is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to close the above-captioned case.

_____
The Honorable Jennifer L. Hall
United States District Judge